# EXHIBIT 1







