**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX ZAROUR,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION,<br><br>Defendant. | Case No: 1:24-cv-02334-ALC<br><br>**ANSWER AND COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |
| PENSKE MEDIA CORPORATION; DIRT.COM, LLC, a Delaware LLC; and ROBB REPORT MEDIA, LLC, a Delaware LLC,<br><br>Counterclaimants,<br><br>v.<br><br>ALEX ZAROUR,<br><br>Counter-Defendant. | |

Defendant Penske Media Corporation answers Plaintiff Alex Zarour's Complaint as follows:

## THE PARTIES

1. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1, and on that basis denies them.

2. Defendant admits that it is a corporation organized and existing under the laws of Delaware with a principal place of business in New York, New York. Defendant further admits that its agent for service of process is Registered Agent Solutions, Inc., 99 Washington Avenue, Suite 700, Albany, New York, 12260. Defendant denies the remaining allegations in paragraph 2.

## JURISDICTION AND VENUE

3. Defendant admits the allegations in paragraph 3.

4. Defendant admits that the Court has personal jurisdiction over it in this action but denies that Defendant is responsible for any of the conduct alleged in the Complaint. Defendant denies the remaining allegations in paragraph 4.

5. Defendant admits the allegations in paragraph 5.

## FACTS

### I. The Photographs at Issue in the Lawsuit

6. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 6, and on that basis denies them.

7. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7, and on that basis denies them.

8. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8, and on that basis denies them.

9. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9, and on that basis denies them.

10. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10, and on that basis denies them.

11. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11, and on that basis denies them.

12. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12, and on that basis denies them.

13. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13, and on that basis denies them.

14. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14, and on that basis denies them.

15. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 15, and on that basis denies them.

16. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 16, and on that basis denies them.

17. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17, and on that basis denies them.

18. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18, and on that basis denies them.

19. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19, and on that basis denies them.

20. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 20, and on that basis denies them.

21. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 21, and on that basis denies them.

22. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22, and on that basis denies them.

23. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 23, and on that basis denies them.

24. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 24, and on that basis denies them.

25. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 25, and on that basis denies them.

26. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 26, and on that basis denies them.

27. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27, and on that basis denies them.

28. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 28, and on that basis denies them.

29. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29, and on that basis denies them.

30. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30, and on that basis denies them.

31. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31, and on that basis denies them.

32. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 32, and on that basis denies them.

33. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33, and on that basis denies them.

34. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34, and on that basis denies them.

35. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35, and on that basis denies them.

36. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36, and on that basis denies them.

37. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 37, and on that basis denies them.

38. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38, and on that basis denies them.

39. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39, and on that basis denies them.

40. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 40, and on that basis denies them.

41. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41, and on that basis denies them.

42. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 42, and on that basis denies them.

43. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 43, and on that basis denies them.

44. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 44, and on that basis denies them.

45. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45, and on that basis denies them.

46. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 46, and on that basis denies them.

47. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 47, and on that basis denies them.

48. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 48, and on that basis denies them.

49. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 49, and on that basis denies them.

50. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 50, and on that basis denies them.

51. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 51, and on that basis denies them.

52. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52, and on that basis denies them.

53. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 53, and on that basis denies them.

54. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 54, and on that basis denies them.

55. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 55, and on that basis denies them.

56. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 56, and on that basis denies them.

57. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 57, and on that basis denies them.

58. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 58, and on that basis denies them.

59. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 59, and on that basis denies them.

60. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 60, and on that basis denies them.

61. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 61, and on that basis denies them.

62. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 62, and on that basis denies them.

63. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 63, and on that basis denies them.

64. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 64, and on that basis denies them.

65. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 65, and on that basis denies them.

66. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 66, and on that basis denies them.

67. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 67, and on that basis denies them.

68. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 68, and on that basis denies them.

69. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 69, and on that basis denies them.

70. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 70, and on that basis denies them.

71. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 71, and on that basis denies them.

72. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 72, and on that basis denies them.

73. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 73, and on that basis denies them.

74. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 74, and on that basis denies them.

75. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 75, and on that basis denies them.

76. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 76, and on that basis denies them.

77. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 77, and on that basis denies them.

78. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 78, and on that basis denies them.

79. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 79, and on that basis denies them.

80. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 80, and on that basis denies them.

81. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 81, and on that basis denies them.

82. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 82, and on that basis denies them.

83. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 83, and on that basis denies them.

84. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 84, and on that basis denies them.

85. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 85, and on that basis denies them.

86. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 86, and on that basis denies them.

87. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 87, and on that basis denies them.

88. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 88, and on that basis denies them.

89. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 89, and on that basis denies them.

90. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 90, and on that basis denies them.

91. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 91, and on that basis denies them.

92. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 92, and on that basis denies them.

93. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 93, and on that basis denies them.

94. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 94, and on that basis denies them.

95. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 95, and on that basis denies them.

96. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 96, and on that basis denies them.

97. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 97, and on that basis denies them.

98. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 98, and on that basis denies them.

99. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 99, and on that basis denies them.

100. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 100, and on that basis denies them.

101. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 101, and on that basis denies them.

102. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 102, and on that basis denies them.

103. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 103, and on that basis denies them.

104. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 104, and on that basis denies them.

105. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 105, and on that basis denies them.

106. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 106, and on that basis denies them.

107. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 107, and on that basis denies them.

108. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 108, and on that basis denies them.

109. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 109, and on that basis denies them.

110. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 110, and on that basis denies them.

111. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 111, and on that basis denies them.

112. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 112, and on that basis denies them.

113. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 113, and on that basis denies them.

114. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 114, and on that basis denies them.

115. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 115, and on that basis denies them.

116. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 117, and on that basis denies them.

117. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 117, and on that basis denies them.

118. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 118, and on that basis denies them.

119. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 119, and on that basis denies them.

120. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 120, and on that basis denies them.

121. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 121, and on that basis denies them.

122. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 122, and on that basis denies them.

123. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 123, and on that basis denies them.

124. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 124, and on that basis denies them.

125. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 125, and on that basis denies them.

126. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 126, and on that basis denies them.

127. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 127, and on that basis denies them.

128. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 128, and on that basis denies them.

129. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 129, and on that basis denies them.

130. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 130, and on that basis denies them.

131. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 131, and on that basis denies them.

132. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 132, and on that basis denies them.

133. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 133, and on that basis denies them.

134. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 134, and on that basis denies them.

135. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 135, and on that basis denies them.

136. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 136, and on that basis denies them.

137. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 137, and on that basis denies them.

138. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 138, and on that basis denies them.

139. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 139, and on that basis denies them.

140. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 140, and on that basis denies them.

141. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 141, and on that basis denies them.

142. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 142, and on that basis denies them.

143. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 143, and on that basis denies them.

144. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 144, and on that basis denies them.

145. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 145, and on that basis denies them.

146. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 146, and on that basis denies them.

147. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 147, and on that basis denies them.

148. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 147, and on that basis denies them.

149. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 149, and on that basis denies them.

150. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 150, and on that basis denies them.

151. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 151, and on that basis denies them.

152. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 152, and on that basis denies them.

153. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 153, and on that basis denies them.

154. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 154, and on that basis denies them.

155. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 155, and on that basis denies them.

156. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 156, and on that basis denies them.

157. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 157, and on that basis denies them.

158. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 158, and on that basis denies them.

159. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 159, and on that basis denies them.

160. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 160, and on that basis denies them.

161. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 161, and on that basis denies them.

162. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 162, and on that basis denies them.

163. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 163, and on that basis denies them.

164. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 164, and on that basis denies them.

165. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 165, and on that basis denies them.

166. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 166, and on that basis denies them.

167. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 167, and on that basis denies them.

168. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 168, and on that basis denies them.

169. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 169, and on that basis denies them.

170. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 170, and on that basis denies them.

171. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 171, and on that basis denies them.

172. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 172, and on that basis denies them.

173. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 173, and on that basis denies them.

174. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 174, and on that basis denies them.

175. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 175, and on that basis denies them.

176. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 176, and on that basis denies them.

177. Defendant presently lacks sufficient knowledge or information to form a belief as

to the truth of the allegations in paragraph 177, and on that basis denies them.

178. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 178, and on that basis denies them.

179. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 179, and on that basis denies them.

180. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 180, and on that basis denies them.

181. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 181, and on that basis denies them.

182. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 182, and on that basis denies them.

183. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 183, and on that basis denies them.

184. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 184, and on that basis denies them.

185. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 185, and on that basis denies them.

186. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 186, and on that basis denies them.

187. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 187, and on that basis denies them.

188. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 188, and on that basis denies them.

189. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 189, and on that basis denies them.

190. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 190, and on that basis denies them.

## II. Defendant's Unlawful Activities

191. Defendant admits the allegations in paragraph 191.

192. Defendant denies the allegations in paragraph 192.

193. Defendant denies the allegations in paragraph 193.

194. Defendant denies the allegations in paragraph 194.

195. Defendant denies the allegations in paragraph 195.

196. Defendant denies the allegations in paragraph 196.

197. Defendant denies the allegations in paragraph 197.

198. Defendant denies the allegations in paragraph 198.

199. Defendant denies the allegations in paragraph 199.

200. Defendant denies the allegations in paragraph 200.

201. Defendant denies the allegations in paragraph 201.

202. Defendant denies the allegations in paragraph 202.

203. Defendant denies the allegations in paragraph 203.

204. Defendant denies the allegations in paragraph 204.

205. Defendant denies the allegations in paragraph 205.

206. Defendant denies the allegations in paragraph 206.

207. Defendant denies the allegations in paragraph 207.

208. Defendant denies the allegations in paragraph 208.

209. Defendant denies the allegations in paragraph 209.

210. Defendant denies the allegations in paragraph 210.

211. Defendant denies the allegations in paragraph 211.

212. Defendant denies the allegations in paragraph 212.

213. Defendant denies the allegations in paragraph 213.

214. Defendant denies the allegations in paragraph 214.

215. Defendant denies the allegations in paragraph 215.

216. Defendant denies the allegations in paragraph 216.

217. Defendant denies the allegations in paragraph 217.

218. Defendant denies the allegations in paragraph 218.

219. Defendant denies the allegations in paragraph 219.

220. Defendant denies the allegations in paragraph 220.

221. Defendant denies the allegations in paragraph 221.

222. Defendant denies the allegations in paragraph 222.

223. Defendant denies the allegations in paragraph 223.

224. Defendant denies the allegations in paragraph 224.

225. Defendant denies the allegations in paragraph 225.

226. Defendant denies the allegations in paragraph 226.

227. Defendant denies the allegations in paragraph 227.

228. Defendant denies the allegations in paragraph 228.

229. Defendant denies the allegations in paragraph 229.

230. Defendant denies the allegations in paragraph 230.

231. Defendant denies the allegations in paragraph 231.

232. Defendant denies the allegations in paragraph 232.

233. Defendant denies the allegations in paragraph 233.

234. Defendant denies the allegations in paragraph 234.

235. Defendant denies the allegations in paragraph 235.

236. Defendant denies the allegations in paragraph 236.

237. Defendant denies the allegations in paragraph 237.

238. Defendant denies the allegations in paragraph 238.

239. Defendant denies the allegations in paragraph 239.

240. Defendant denies the allegations in paragraph 240.

241. Defendant denies the allegations in paragraph 241.

242. Defendant denies the allegations in paragraph 242.

243. Defendant denies the allegations in paragraph 243.

244. Defendant denies the allegations in paragraph 244.

245. Defendant denies the allegations in paragraph 245.

246. Defendant denies the allegations in paragraph 246.

247. Defendant denies the allegations in paragraph 247.

248. Defendant denies the allegations in paragraph 248.

249. Defendant denies the allegations in paragraph 249.

250. Defendant denies the allegations in paragraph 250.

251. Defendant denies the allegations in paragraph 251.

252. Defendant denies the allegations in paragraph 252.

253. Defendant denies the allegations in paragraph 253.

254. Defendant denies the allegations in paragraph 254.

255. Defendant denies the allegations in paragraph 255.

256. Defendant denies the allegations in paragraph 256.

257. Defendant denies the allegations in paragraph 257.

258. Defendant denies the allegations in paragraph 258.

259. Defendant denies the allegations in paragraph 259.

260. Defendant denies the allegations in paragraph 260.

261. Defendant denies the allegations in paragraph 261.

262. Defendant denies the allegations in paragraph 262.

263. Defendant denies the allegations in paragraph 263.

264. Defendant denies the allegations in paragraph 264.

265. Defendant denies the allegations in paragraph 265.

266. Defendant denies the allegations in paragraph 266.

267. Defendant denies the allegations in paragraph 267.

268. Defendant denies the allegations in paragraph 268.

269. Defendant denies the allegations in paragraph 269.

270. Defendant denies the allegations in paragraph 270.

271. Defendant denies the allegations in paragraph 271.

272. Defendant denies the allegations in paragraph 272.

273. Defendant denies the allegations in paragraph 273.

274. Defendant denies the allegations in paragraph 274.

275. Defendant denies the allegations in paragraph 275.

276. Defendant denies the allegations in paragraph 276.

277. Defendant denies the allegations in paragraph 277.

278. Defendant denies the allegations in paragraph 278.

279. Defendant denies the allegations in paragraph 279.

280. Defendant denies the allegations in paragraph 280.

281. Defendant denies the allegations in paragraph 281.

282. Defendant denies the allegations in paragraph 282.

283. Defendant denies the allegations in paragraph 283.

284. Defendant denies the allegations in paragraph 284.

285. Defendant denies the allegations in paragraph 285.

286. Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 286 concerning when Plaintiff allegedly discovered Defendant's allegedly unauthorized use of his alleged Copyrighted Photographs, and on that basis denies them. Defendant admits that counsel for Plaintiff sent a letter to Defendant's Deputy General Counsel dated April 18, 2023, asserting various claims related to the claims in Plaintiff's Complaint, for which Defendant denies liability. Defendant denies the remaining allegations in paragraph 286.

287. Defendant denies the allegations in paragraph 287.

288. Defendant denies the allegations in paragraph 288.

289. Defendant denies the allegations in paragraph 289.

290. Defendant admits that it owns businesses that publish content online, including photographs. Defendant denies the remaining allegations in paragraph 290.

291. Paragraph 291 contains legal conclusions, not facts, and improperly calls for the disclosure of attorney-client communications and attorney work product. Accordingly, no further response is required. To the extent any further response to Paragraph 291 is required, Defendant denies that it, or any other entity or person, unqualifiedly "must" secure a license or permission to use copyrighted photographs.

## COUNT I:

## COPYRIGHT INFRINGEMENT

292. Defendant incorporates and restates its responses set forth in the preceding paragraphs of this Answer.

293. Paragraph 293 asserts legal conclusions to which no answer is required. To the extent an answer is required, Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 293, and on that basis denies them.

294. Paragraph 294 asserts legal conclusions to which no answer is required. To the extent an answer is required, Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 294, and on that basis denies them.

295. Paragraph 295 asserts legal conclusions to which no answer is required. To the extent an answer is required, Defendant presently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 295, and on that basis denies them.

296. Defendant denies the allegations in paragraph 296.

297. Defendant denies the allegations in paragraph 297.

298. Defendant denies the allegations in paragraph 298.

299. Defendant denies the allegations in paragraph 299.

300. Defendant denies the allegations in paragraph 300.

301. Defendant denies the allegations in paragraph 301.

302. Defendant denies the allegations in paragraph 302.

**COUNT II:**

**REMOVAL AND ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202**

303. Defendant denies the allegations in paragraph 303.

304. Defendant denies the allegations in paragraph 304.

**PRAYER**

Plaintiff's prayer for relief does not require a response. To the extent that any response is required, Defendant denies that Plaintiff is entitled to any of the relief requested in its Complaint or any relief whatsoever.

**AFFIRMATIVE DEFENSES**

Defendant alleges the following additional and affirmative defenses in response to the allegations in the Complaint. Defendant reserves the right to amend this Answer and these defenses, and Defendant is not in any way agreeing or conceding that they have the burden of proof or persuasion on any of these issues.

**FIRST AFFIRMATIVE DEFENSE**

1. The Complaint and each of its claims fails to state a claim on which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2. The Complaint's claims are barred, in whole or in part, because Plaintiff lacks standing to assert the claims alleged in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

3. The Complaint's claims are barred, in whole or in part, because Plaintiff does not own the allegedly infringed copyrights in the works and/or elements.

**FOURTH AFFIRMATIVE DEFENSE**

4. The Complaint's claims are barred, in whole or in part, because some or all of Plaintiff's work(s) at issue in the Complaint were not properly registered.

**FIFTH AFFIRMATIVE DEFENSE**

5. The Complaint's claims fail, in whole or in part, because, to the extent the Defendant infringed on any of Plaintiff's rights under copyright (which Defendant denies) the purported infringement was innocent rather than willful.

**SIXTH AFFIRMATIVE DEFENSE**

6. To the extent that Plaintiff seeks statutory damages, the potential number of works at issue for purposes of statutory damages is limited as Plaintiff's allegedly copyrighted works constitute a compilation under 17 U.S.C. § 101 et seq.

**SEVENTH AFFIRMATIVE DEFENSE**

7. The Complaint's claims are barred, in whole or in part, because the allegedly infringed works and/or elements are in the public domain.

**EIGHTH AFFIRMATIVE DEFENSE**

8. The Complaint's claims are barred, in whole or in part, because the allegedly infringing works did not contain any protectable expression owned by the Plaintiff.

**NINTH AFFIRMATIVE DEFENSE**

9. The Complaint's claims are barred, in whole or in part, because the allegedly infringing elements are not protectable under copyright law.

**TENTH AFFIRMATIVE DEFENSE**

10. The Complaint's claims are barred, in whole or in part, by the doctrine of copyright misuse.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. The Complaint's claims are barred, in whole or in part, by the doctrine of fair use.

**TWELFTH AFFIRMATIVE DEFENSE**

12. The Complaint's claims are barred, in whole or in part, by the doctrine of de minimis use.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. The Complaint's claims are barred, in whole or in part, by the applicable

statute(s) of limitations.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. The Complaint's claims are barred, in whole or in part, by the doctrine of laches.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. The Complaint's claims are barred, in whole or in part, by the doctrines of waiver, acquiescence, consent, and/or estoppel.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. The Complaint's claims are barred, in whole or in part, by the doctrines of unclean hands, and/or in pari delicto.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. The Complaint's claims are barred, in whole or in part, because Defendant had a license (express or implied) for some or all the allegedly infringed works in the Complaint.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. The Complaint's claims are barred, in whole or in part, because Defendant has not acted with the requisite degree of knowledge, intent, fault, or willfulness.

**NINETEETH AFFIRMATIVE DEFENSE**

19. The Complaint is barred, in whole or in part, to the extent that the Complaint arises from conduct not attributable to Defendant, and any recovery by Plaintiff should be reduced in proportion to the fault of others.

**TWENTIETH AFFIRMATIVE DEFENSE**

20. To the extent that Plaintiff seeks the recovery of profits or revenues from Defendant's purported infringement of Plaintiff's copyrighted works (which Defendant denies), those profits and revenues were not attributable to Defendant (nor can they be allocated or apportioned) based upon the acts of infringement alleged in the Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. To the extent Plaintiff suffered any damages, which Defendant expressly denies, Plaintiff failed to take the steps necessary to mitigate the damages, if any, sustained, and any

such damages should be barred or reduced.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. The Complaint's claims are barred, in whole or in part, because Plaintiff's damages, if any, are vague, uncertain, imaginary, and/or speculative.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. The Complaint's claims are barred, in whole or in part, because Plaintiff is not entitled to a recovery of attorneys' fees and/or costs.

**ADDITIONAL DEFENSES / RESERVATIONS OF RIGHTS**

Due to their incomplete knowledge as to the matters set forth in the Complaint, Defendant is unable to determine whether it has additional defenses not expressly enumerated in the preceding paragraphs or elsewhere in this Answer. Defendant therefore reserves its rights to amend this Answer to assert additional defenses and/or counterclaims and to rely upon those additional defenses to the extent they become available or apparent during discovery or further proceedings in this action.

**PRAYER FOR RELIEF**

Defendant prays for relief as follows:

1. Plaintiff takes nothing by this action
2. Defendant be awarded a judgment in its favor against Plaintiff;
3. Defendant recovers attorneys' fees and costs of suit against Plaintiff; and
4. The Court grant such other and further relief as it deems just and proper.

**REQUEST FOR JURY TRIAL**

Defendant requests a jury trial for all issues so triable.

## COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 13, Penske Media Corporation ("PMC"), Robb Report Media, LLC ("Robb Report"), and Dirt.com, LLC ("Dirt.com") (collectively, "Counterclaimants") hereby allege counterclaims against Counterdefendant Alex Zarour ("Zarour") as follows:

### Nature of the Counterclaims

1. Zarour is a commercial photographer who takes pictures of real estate. He filed this action against PMC, claiming that PMC infringed his purportedly copyrighted photographic compilations of various properties when PMC allegedly "published or caused to be published" those works on various websites, including those operated by Dirt.com and Robb Report.

2. Zarour further alleges that PMC altered or removed (or both) copyright management information ("CMI") in violation of the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. §§ 1202(a)(1) and (b)(1).

3. PMC denies Zarour's allegations.

4. Meanwhile, Counterclaimants Dirt.com and Robb Report, although not named defendants in this action, are unambiguously under threat of future litigation because Zarour has singled out the websites they operate (among the numerous others alleged to have published his copyright works) in paragraph 303 of the Complaint, and in Exhibits 97 through 184 to the Complaint.

5. Counterclaimants accordingly seek a declaratory judgment of non-infringement of Zarour's purported copyright(s). Counterclaimants further seek a declaratory judgment that their conduct did not violate 17 U.S.C. §§ 1202(a)(1) and (b)(1).

### Parties

6. On information and belief, Counter-Defendant Alex Zarour is an individual residing in Los Angeles, California. Zarour owns and operates Virtually Here Studios.

7. Counterclaimant Dirt.com, LLC is a Delaware limited liability company registered to do business in New York. Dirt.com is a subsidiary of PMC. Until July 31, 2023,

Dirt.com owned, operated, and/or controlled the website www.dirt.com and its related/affiliated subdomains. The www.dirt.com website was de-activated effective August 1, 2023. Dirt.com is joined as a Counterclaimant pursuant to Federal Rules of Civil Procedure 13(h) and 20.

8. Counterclaimant Robb Report Media, LLC is a Delaware limited liability company registered to do business in New York. Robb Report is a subsidiary of PMC. Robb Report owns, operates, and/or controls the website www.robbreport.com and its related/affiliated subdomains. Robb Report is joined as a Counterclaimant pursuant to Federal Rules of Civil Procedure 13(h) and 20.

9. Counterclaimant Penske Media Corporation is a Delaware corporation registered to do business in New York.

**Jurisdiction and Venue**

10. The Court has original jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338.

11. By bringing this action, Zarour has consented to personal jurisdiction and venue in this Court for the resolution of counterclaims brought pursuant to Federal Rule of Civil Procedure 13.

**Factual Background (Non-Infringement)**

12. PMC denies Zarour's allegations of infringement because PMC played no role in the conduct that Zarour alleges.

13. PMC itself did not create the articles, posts, and webpages at issue. Nor did PMC make the ultimate decision to publish, or actually publish, any article containing any of Zarour's purportedly copyrighted works at issue in his Complaint. Zarour's Complaint contains no well-pleaded allegations—*i.e.*, actual facts—to the contrary. Instead, Zarour attempts to implicate PMC solely through conclusory allegations made "upon information and belief."

14. Although Zarour's Complaint alleges that his copyrighted works appeared on a number of websites, paragraph 303 of and Exhibits 97 through 184 to his Complaint single out www.dirt.com and www.robbreport.com. Paragraph 303 also alleges that www.dirt.com

www.robbreport.com are PMC's websites. In fact, the contents of www.dirt.com at issue were posted by Counterclaimant Dirt.com, and the contents of www.robbreport.com at issue were posted by Counterclaimant Robb Report.

15. PMC is Dirt.com's and Robb Report's corporate parent but remains legally distinct from Dirt.com and Robb Report.

16. PMC neither operates nor controls the day-to-day operations or content of Dirt.com's and Robb Report's websites. PMC did not post any of the articles identified in Zarour's Complaint on Dirt.com's or Robb Report's websites. All of the articles identified in Zarour's Complaint and its associated exhibits were posted to www.dirt.com and www.robbreport.com by Dirt.com's and Robb Report's editorial teams, respectively.

17. Zarour has singled out Dirt.com's and Robb Report's websites as fora for alleged infringement. Counterclaimants Dirt.com and Robb Report deny liability for any alleged infringements, including, without limitation, pursuant to the applicable statute of limitations and/or the doctrines of consent, implied license, and/or fair use. Zarour's allegations are sufficient to create an ongoing dispute and sufficiently credible threat of litigation as to create an actual, justiciable controversy.

18. Accordingly, Counterclaimants seek a declaratory judgment of non-infringement of Zarour's purported copyright(s).

**Factual Background (DMCA)**

19. PMC denies Zarour's allegations regarding purported DMCA violations, including for the same reasons PMC denies involvement in the alleged copyright infringement: PMC did not direct or control any of the conduct alleged in Zarour's Complaint. PMC accordingly reasserts the foregoing Paragraphs 12–18, inclusive, as if fully set forth in this subsection.

20. PMC, Dirt.com, and Robb Report never removed or altered any CMI in connection with any of the photographs at issue in Zarour's Complaint, let alone with the intent to induce, enable, facilitate, or conceal any purported infringement.

21. PMC, Dirt.com, and Robb Report never knowingly provided false CMI in connection with any of the photographs at issue in Zarour's Complaint, let alone with the intent to induce, enable, facilitate, or conceal any purported infringement.

22. Where Dirt.com and Robb Report provided attribution information, they did so in good faith and with the intent to provide the most accurate attribution information available to them.

23. Paragraph 303 of Zarour's Complaint singles out Dirt.com's and Robb Report's websites as fora for alleged DMCA violations. Counterclaimants Dirt.com and Robb Report deny any liability for alleged DMCA violations. Zarour's allegations are sufficient to create an ongoing dispute and sufficiently credible threat of litigation as to create an actual, justiciable controversy regarding articles published by Dirt.com and Robb Report that allegedly displayed Zarour's photographs without his permission.

24. Accordingly, Counterclaimants seek a declaratory judgment that their conduct did not violate 17 U.S.C. §§ 1202(a)(1) and (b)(1).

## COUNTERCLAIM ONE

### Declaratory Relief

### (Non-Infringement of Copyright)

25. Counterclaimants incorporate by reference paragraphs 1 through 24 above as though fully set forth herein.

26. This is a declaratory judgment action under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 et seq. (the "Copyright Act"), and (ii) 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). Because an actual justiciable controversy exists by way of ongoing litigation (for Counterclaimant PMC) and an ongoing dispute and sufficiently credible threat of litigation (for Counterclaimants Dirt.com and Robb Report), Counterclaimants seek relief from this Court.

27. Counterclaimants are entitled to declaratory judgment that they are not infringing, have not infringed, and are not liable for infringing any valid copyright owned by Zarour, either directly or by inducing others to infringe or by contributing to infringement by others.

**COUNTERCLAIM TWO**

**Declaratory Relief**

**(Non-Violation of DMCA, 17 U.S.C. §§ 1202(a)(1) and (b)(1))**

28. Counterclaimants incorporate by reference paragraphs 1 through 27 above as though fully set forth herein.

29. This is a declaratory judgment action under (i) the DMCA, 17 U.S.C. §§ 1202(a)(1) and (b)(1), and (ii) 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). Because an actual justiciable controversy exists by way of ongoing litigation (for Counterclaimant PMC) and an ongoing dispute and sufficiently credible threat of litigation (for Counterclaimants Dirt.com and Robb Report), Counterclaimants seek relief from this Court.

/ / /

/ / /

30. Counterclaimants are entitled to declaratory judgment that they have not violated the DMCA.

Dated: April 17, 2024 Respectfully Submitted,

______/s/ Jean-Paul Jassy___________
Jean-Paul Jassy (*pro hac vice forthcoming*)
Jeffrey A. Payne (*pro hac vice forthcoming*)
Nicholas R. Hartman
Jassy Vick Carolan LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (310) 870-7048
Email: jpjassy@jassyvick.com
jpayne@jassyvick.com
nhartman@jassyvick.com

_____/s/ David Korzenik__________
David Korzenik
Gillian Vernick
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, NY 10036
Telephone: (212) 752-9200
Email: dkorzenik@mkslex.com
gvernick@mkslex.com

*Counsel for Defendant and Counterclaimant Penske Media Corporation and Counterclaimants Dirt.com, LLC and Robb Report Media, LLC*