**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

**ALEX ZAROUR,**

              **Plaintiff**

    -against-

**PENSKE MEDIA CORPORATION,**
**DIRT.COM, LLC, ROBB REPORT**
**MEDIA, LLC, SPORTICO MEDIA, LLC,**
**THE HOLLYWOOD REPORTER, LLC,**
**AND WENDY BOWMAN,**

              **Defendants.**

-------------------------------------------------------- x

**24-cv-02334 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court hereby grants the Plaintiff's Motion to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). ECF No. 35. The Clerk of Court is hereby directed terminate ECF No. 35.

**SO ORDERED.**

Dated:    September 27, 2024
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**