UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEX ZAROUR,

                              Plaintiffs,

              -against-

PENSKE MEDIA CORPORATION., et al.,

                              Defendants.

------------------------------------------------------------------X

**24 Civ. No. 2334 (ALC) (GS)**

**VIDEO CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's May 30, 2025 letter.  (Dkt. No. 48).  Defendants are directed to respond by no later than the close of the business day on **Friday, June 6, 2025.**

      In addition, this action is scheduled for a Video Conference on **Monday, June 9, 2025 at 2:00 p.m.**  Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**.  **[Meeting ID: 237 105 983 712 5] [Passcode: 73qT6pR6].**

      SO ORDERED.

DATED:     New York, New York
                  June 4, 2025

                                                      _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge