UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEX ZAROUR,

                               Plaintiff,　　　　　　　　**24 Civ. No. 2334 (ALC) (GS)**

      -against-

                                                   **ORDER**

PENSKE MEDIA CORPORATION., et
al.,

                               Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On May 30, 2025, Plaintiff moved the Court to grant him relief from waiver of objections to Defendants' First set of Requests for Production of Documents and Defendants' First set of Interrogatories. (Dkt. No. 48). Defendants responded on June 5, 2025, opposing Plaintiff's motion. (Dkt. No. 50). The Court held a Video Conference on Monday, June 9, 2025 at 2:00 p.m. at which it heard oral argument on the motion from counsel.

      Having considered the parties' arguments, and for the reasons stated on the record during the June 9 conference, the Court GRANTS Plaintiff's motion.

      **SO ORDERED.**

DATED:　　New York, New York
　　　　　　June 9, 2025

                                                     _____
                                                     The Honorable Gary Stein
                                                     United States Magistrate Judge