UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEX ZAROUR,

                        Plaintiff,          **24 Civ. No. 2334 (ALC) (GS)**

     -against-                         **PRE-SETTLEMENT
CONFERENCE ORDER**

PENSKE MEDIA CORPORATION,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, September 30, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 764 363 733#.**

      SO ORDERED.

DATED:    New York, New York
              July 2, 2025

                                                                _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge