UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX ZAROUR,<br><br>                          Plaintiff,<br><br>-against-<br><br>PENSKE MEDIA CORPORATION, DIRT.COM, LLC, ROBB REPORT MEDIA, LLC, SPORTICO MEDIA, LLC, THE HOLLYWOOD REPORTER, LLC, AND WENDY BOWMAN,<br><br>                          Defendants. | 24-cv-02334 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

SO ORDERED.

Dated:  November 17, 2025
        New York, New York

                                                           _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**